*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:    September 17, 2015                520205
_____

THE PEOPLE OF THE STATE OF
    NEW YORK ex rel. THOMAS
    A. KEARNEY,
                        Appellant,

        v                                   MEMORANDUM AND ORDER

DAVID BARTLETT, as Columbia
    County Sheriff,
                        Respondent.
_____

Calendar Date:   August 10, 2015

Before:   Lahtinen, J.P., McCarthy, Rose and Devine, JJ.

_____

        Thomas A. Kearney, Catskill, appellant pro se.

_____

        Appeals (1) from a judgment of the Supreme Court (Nichols, J.), entered September 16, 2014 in Columbia County, which denied petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing, and (2) from a judgment of said court, entered November 25, 2014, which denied petitioner's motion for reconsideration.

        Petitioner attempted to commence this habeas corpus proceeding seeking his immediate release from jail following his arrest on alleged parole violations.  Supreme Court denied the application based upon the failure of the petition to be verified in accordance with CPLR 7002 (c).  Petitioner's subsequent motion for reconsideration was denied.  These appeals ensued.

        Even if the deficiencies in petitioner's application for a writ of habeas corpus could be overlooked, the record establishes that, although petitioner is incarcerated, he is no longer in

respondent's custody and, therefore, the appeal from this judgment has been rendered moot and must be dismissed (see e.g. People ex rel. Phillips v LaClair, 84 AD3d 1606, 1606 [2011]). To the extent that petitioner challenges the denial of his motion for reconsideration, we note that such motion was one for leave to reargue, as he alleged no new facts or demonstrated any change in the law (see People ex rel. Hinton v Graham, 66 AD3d 1402, 1402-1403 [2009], lv denied 13 NY3d 934 [2010]; Matter of Hill v Goord, 275 AD2d 492, 493 [2000]).  As no appeal lies from an order denying a motion for leave to reargue, that appeal must be dismissed (see id.).

Lahtinen, J.P., McCarthy, Rose and Devine, JJ., concur.

ORDERED that the appeals are dismissed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court